PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Report on Person under Supervision

Name of Person under Supervision: Wesley Robert Sweeney        Case Number:   0868 3:12CR00078

Name of Sentencing Judicial Officer:   The Honorable Ralph R. Erickson, Circuit Judge Sitting By Designation

Date of Original Sentence: November 26, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and Controlled Substances Analogues Resulting in Serious Bodily Injury and Death in violation of: 21 USC § 846 |
| Original Sentence: | 150 months incarceration followed by 36 months of Supervised Release |

Type of Supervision: TSR            Date Supervision Commenced: 4/14/2022

### NONCOMPLIANCE SUMMARY

The person under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On or about August 14, 2022, Mr. Sweeney stayed overnight in East Grand Forks MN, at his girlfriend's residence. This is in violation of Standard Condition # 1; Mr. Sweeney left the judicial district without permission of the court or probation officer. |

U.S. Probation Officer Action: I contacted Mr. Sweeney due to an ATLAS hit received from the East Grand Forks, MN  police dated August 14, 2022 . Mr. Sweeney reported that he was staying at his girlfriend's residence in East Grand Forks, MN. Mr. Sweeney did not have permission from USPO to resided or stay overnight in East Grand Forks MN. Mr. Sweeney was verbally reprimanded and this officer reiterated to him the importance of complying with the  conditions of supervised release.  I again reviewed with him the conditions of his supervised release.   This officer made it very clear to him that any travel out of the state of North Dakota must be pre-approved by the USPO.   No Court action is requested at this time.

Respectfully submitted,<br>
/s/ Paul Skurdall<br>
U.S. Probation Officer<br>
Date: August 16, 2022

PROB 12A
(Rev. 2/13)
Sweeney, Wesley
0868 3:12CR00078

☒ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

08/16/2022
_____
Date