PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision:  Wesley Robert Sweeney   Case Number:   0868 3:12CR00078

Name of Sentencing Judicial Officer:   Ralph R. Erickson, Circuit Judge Sitting By Designation

Date of Original Sentence:  November 26, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Controlled Substances and Controlled Substance Analogues Resulting in Serious Bodily Injury and Death |
| Original Sentence: | 150 months imprisonment as well as 3 years of supervised release |

Type of Supervision:  TSR          Date Supervision Commenced:  4/14/2022

Asst. U.S. Attorney: Christopher Cory Myers        Defense Attorney: David Duane Dusek

## PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | **On 04/20/23, Mr. Sweeney admitted to the probation office during a home visit that he used marijuana.** This is in violation of standard condition number seven (7) which states that you must refrain from the from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance. |
| 2) | **On 09/19/23, Mr. Sweeney was charged in District Court in Grand Forks County for Theft (case number 18-2023-CR-01977). This matter is still pending.** This is in violation of mandatory condition which states that the defendant shall not commit another federal, state or local crime. |
| 3) | **On 03/13/24, Mr. Sweeney was arrested by Pinellas County Sheriff's Department** |

PROB 12C
(Rev. 2/13)
Sweeney, Wesley
0868 3:12CR00078

**for three counts of Possession of a Controlled Substance, two counts of Resisting an Officer without Violence and Fleeing and Eluding Police Officer (High Speed or Wanton Disregard) (docket number 1958155). This matter is still pending.** This is in violation of mandatory condition which states that the defendant shall not commit another federal, state or local crime.

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of Mr. Wesley Sweeney and hearings be held to determine if he has violated his terms and conditions of release.

☒ The term of supervision should be:

  ☒ Revoked.

  ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2024

/s/ Nicholas J. Larson
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_/s/ Peter D. Welte_
Signature of Judicial Officer

March 13, 2024
Date